# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Winthrop Resources Corporation,
a Minnesota corporation,

Case No. Civil 01-1004 DWF/AJB

v.

**JUDGMENT IN A CIVIL CASE**

Spearhead System Consultants (US),
Ltd., a New York corporation;
Elizabeth Vermeulen; and Christopher Fynn,

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT:

Plaintiff's motion for summary judgment is granted.

Judgment is entered against defendant in the amount of $140,564.31, not including attorney's fees and costs incurred in this action to be determined upon the Court's receipt of an affidavit from plaintiff;

DATE: May 29, 2002

RICHARD E. SLETTEN, CLERK

Julie Rustad, Deputy Clerk

24