**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Winthrop Resources Corporation,
a Minnesota corporation,

Plaintiff,

v.

Spearhead System Consultants (US), Ltd.,
a New York corporation; Elizabeth
Vermeulen; Christopher Fynn,

Defendants.

Civil No. 01-1004 (DWF/AJB)

**FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER FOR JUDGMENT**

---

Barbara P. Berens, Esq. and Erin Lisle, Esq., Kelly & Berens, 3720 IDS Center, 80 South Eighth Street, Minneapolis, MN 55402, counsel for Plaintiff.

Mark D. Covin, Esq., and Christopher R. Morris, Esq., Bassford Lockhart Truesdell & Briggs, 3550 Multifoods Tower, 33 South Sixth Street, Minneapolis, MN 55402-3787, counsel for Defendants.

---

The above-entitled matter is before the Court upon Plaintiff Winthrop Resources Corporation's ("Plaintiff") motion for attorney fees and costs. Pursuant to the terms of the parties' lease agreement, Plaintiff is entitled to collect from Defendant Spearhead System Consultants ("Defendant Spearhead") reasonable attorney fees and costs Plaintiff has incurred in the matter before the Court. Moreover, the terms of the guarantees of Defendants Elizabeth Vermeulen ("Defendant Vermeulen") and Christopher Fynn ("Defendant Fynn") require them to pay Plaintiff's attorney fees and costs. In the Court's order of May 29, 2002, the Court directed the Plaintiff to file an affidavit outlining the attorney fees and costs incurred by the Plaintiff. Plaintiff seeks an award for attorney fees of $21,361.25 and costs of $2,005.03. Defendants,

FILED AUG 01 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD AUG 01 2002
DEPUTY CLERK

collectively, have filed a memorandum in opposition to Plaintiff's motion for attorney fees and costs.

Based upon the presentations and submissions of counsel; the Court having reviewed the submissions of both parties, the contents of the Court's file, the record before the Court, and the procedural history of the file; and the Court being otherwise duly advised in the premises, the Court hereby makes the following:

**FINDINGS OF FACT**

1. Plaintiff commenced an action in the above-entitled matter alleging that Defendant Spearhead failed to provide timely written notice to terminate a lease of computer equipment. As a result, and pursuant to the "evergreen" clause within the lease agreement, the lease agreement was automatically renewed for another year. Plaintiff filed a motion for summary judgment, which Defendant Spearhead opposed.

2. On May 29, 2002, the Court granted Plaintiff's motion for summary judgment and entered judgment against Defendant Spearhead in the amount of $140,564.71, not including attorney fees and costs incurred in the action. The Court directed that upon receipt of an affidavit from Plaintiff of attorney fees and costs incurred, it would enter judgment accordingly.

3. Plaintiff has submitted a request for attorney fees and costs, including time spent in preparing the complaint, responding to discovery, preparing a motion for summary judgment, and arguing a motion for summary judgment to the Court.

4. Plaintiff has requested an award of attorney fees in the amount of $21,361.25 and costs of $2,005.03.

5. The Court finds and concludes that the costs submitted in the amount of $2,005.03 are fair and reasonable.

6. The Court finds and concludes that the hourly rates submitted by the Plaintiff are reasonable.

7. The Court finds that Plaintiff and his present counsel have filed prior lawsuits arising from the "evergreen" lease which Plaintiff normally requires its customers to sign. All of these lawsuits involved the same cause of action, and all sought the same relief. Moreover, the Court finds that a review of prior lawsuits also establishes that Plaintiff normally files a summary judgment motion based upon specific provisions of the "evergreen" lease and involving the same legal principles and applicable law as were invoked in the summary judgment motion in this action.

8. The Court finds that a reasonable and appropriate portion of the attorney fees should be excluded based upon this "familiarity factor" to the extent that considerable time and expense has been–or should have been–saved by Plaintiff because of counsel's familiarity with the legal issues involved resulting from the filing of similar actions in the past. Specifically, the Court finds that a one-third deduction in the fees associated with preparing for and presenting the motion for summary judgment is appropriate. Based upon the Court's evaluation of the attorney fees submitted, the Court finds that the fees related to the summary judgment preparation and hearing total $16,920. One third of this amount is $5,640.

9. The deduction of $5,640 results in remaining attorney fees of $15,721.25 and costs of $2,005.03.

10. Any conclusion of law that is deemed a finding of fact is incorporated herein as such.

Based upon the above findings of fact, the Court now makes its:

## CONCLUSIONS OF LAW

1. The Court finds and concludes that the Plaintiff is entitled to a judgment of this Court for reasonable attorney fees and costs, consistent with the findings of fact above, in the amount of $17,726.28.

2. Any finding of fact which is deemed a conclusion of law is incorporated herein as such.

Based upon the above findings of fact and conclusions of law, the Court now makes the following:

## ORDER

1. Consistent with the findings of fact and conclusions of law, Plaintiff Winthrop Resources Corporation is entitled to a judgment of this Court in the amount of $17,726.28 for reasonable attorney fees and costs. Defendants Spearhead System Consultants (US), Ltd., Elizabeth Vermeulen, and Christopher Fynn shall be jointly and severally responsible for these attorney fees and costs.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 1, 2002

DONOVAN W. FRANK
Judge of United States District Court

# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

### Prehearing Conference Program

The United States Court of Appeals for the Eighth Circuit has established an early intervention Prehearing Conference Program. The purpose of the program is twofold: (1) to facilitate settlement discussions in civil cases by providing an impartial atmosphere for an open discussion of the case and alternative methods of disposition and (2) to promote the delineation of issues, early resolution of procedural problems, and effective administration of an appeal throughout the appellate process. See 8th Cir. R. 33A.

The program is directed by Mr. John Martin. Mr. Martin screens newly filed appeals based on information furnished by both appellants and appellees in the court's Appeal Information Forms A and B. Contact with counsel is by telephone and in personal conferences held in several cities throughout the Circuit. All communications with Mr. Martin are confidential. Counsel can openly discuss and evaluate the issues and explore alternatives in a non-adversarial setting without fear that the subsequent processing of the appeal or ultimate disposition of the case will be adversely affected by participation in the program.

Participation in the program is voluntary. However, the Court strongly encourages your participation and cooperation. Over the past twenty years, the program has enabled many appellate litigants to achieve mutually satisfactory resolution of certain issues or an overall settlement prior to progressing through all stages of the appellate process. Issue delineation enables counsel to focus only on those issues that need judicial resolution. The program has helped relieve the ever-increasing caseload confronting the Court, and it has also saved litigants and attorneys substantial amounts of time and money.

In order for the program to function effectively certain information must be provided at the initiation of the appeal. *Eighth Circuit Rule 3B directs each civil appellant to: (1) file a completed Appeal Information Form A with the Notice of Appeal at the time the Notice is filed with the District Court clerk and (2) forward a copy of the completed Form A and a copy of Appeal Information Form B to the appellee for completion.* Appellee may complete Form B and send it to the clerk of the Court of Appeals. If you have any questions about the Prehearing Conference Program or the Appeal Information Forms, please contact Mr. Martin at (314)-539-3669.

Forms A and B are available from the District Court clerk and the Court of Appeals clerk and can be found at the Court of Appeals' web site at: www.ca8.uscourts.gov

*June 1, 2000*